1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

SASA INVESMENT HOLDINGS, LLC, et al.,

Plaintiffs,

v.

HEMANT CHHATRALA, et al.,

Defendants.

Case No.:  18-CV-2735 W (BGS)

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

Plaintiffs filed this lawsuit on December 4, 2018.  (*See Compl.* [Doc. 1].)  On May 24, 2019, this Court issued an Order Granting Extension of Time to Effect Service on Certain Defendants (the "Order" [Doc. 28]), namely Hemant Chhatrala, Jenish Patel, Chhatrala Investments, LLC, JSAKGP, Inc., and Shiva Management, Inc.  The Order required service by August 22, 2019.  (*Id.* 2:3–6.)  To date, there is no indication Plaintiffs complied with the order.

On February 21, 2020, this Court issued an order to show cause why the unserved Defendants should not be dismissed without prejudice.  (*See OSC* [Doc. 54].)  The OSC required Plaintiffs to file their response on or before March 5, 2020.  (*Id.* 1:26–27.)  The

OSC also specifically warned Plaintiffs that "[f]ailure to file a written response will result in the dismissal without prejudice of the Unserved Defendants." (*Id.* 1:27–2:1.)

To date Plaintiffs have not filed a response to the OSC, nor have they sought to continue the deadline to respond to the OSC.  Accordingly, the Court **ORDERS** all unserved Defendants **DISMISSED WITHOUT PREJUDICE**.  Because all Defendants that were served in this matter have been dismissed[1], the Clerk is **ORDERED** to close the District Court case file.

**IT IS SO ORDERED**

Dated:  June 16, 2020

Hon. Thomas J. Whelan
United States District Judge

---

[1] Plaintiffs dismissed Defendant Pragati Investments, LLC on 1/23/20.  (*See Notice of Dismissal* [Doc. 48].)  Defendants Bank of America, N.A. and Orange Coast Title Company were dismissed on 2/19/20. (*See Order* [Doc. 53].)

2